DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STATE OF FLORIDA, DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION,**
Appellant,

v.

**GRABBA-LEAF, LLC,**
Appellee.

No. 4D16-4166

[November 9, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. 2015 CA 12414 (25).

Pamela Jo Bondi, Attorney General, and William H. Stafford III, Senior Assistant Attorney General, Tallahassee, for appellant.

Gerald J. Donnini II of Moffa, Sutton & Donnini, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***